NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1572, -1573

UNITED STATES STEEL CORPORATION,

Plaintiff-Appellant,

and

NUCOR CORPORATION,

Plaintiff-Appellant,

and

GALLATIN STEEL COMPANY, SSAB NORTH AMERICAN DIVISION, STEEL DYNAMICS, INC., and ARCELORMITTAL USA, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellee,

and

CORUS STAAL BV,

Defendant-Appellee.

Appeal from the United States Court of International Trade in consolidated case no. 07-00170, Judge Judith M. Barzilay.

ON MOTION

ORDER

The United States moves without opposition for an 8-day extension of time, until February 19, 2010, for the appellees to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__FEB 2 5 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alan H. Price, Esq.
Jeffrey D. Gerrish, Esq.
Joel D. Kaufman, Esq.
Claudia Burke, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 5 2010

**JAN HORBALY**
**CLERK**

2009-1572, -1573                    2